UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>                    Plaintiff,<br>          vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 15-1791-SJO (KES)<br><br>ORDER TO SHOW CAUSE |

  Under Section V.A of the Court's March 17, 2015 Superseding Case Management Order, plaintiff was required to serve and file his motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

  The Answer was served and filed on July 24, 2015. Thus, including the 3 extra days to which plaintiff was entitled under Fed. R. Civ. P. 6(d), the filing deadline for plaintiff's motion for judgment on the pleadings was August 31, 2015. Although that deadline now has elapsed, plaintiff still has not filed his motion for judgment on the pleadings.

  Accordingly, on or before **October 2, 2015**, plaintiff is ORDERED to either (a) serve and file his motion for judgment on the pleadings in accordance with the format specified in Section VI of the March 17, 2015 Superseding Case Management Order or (b) show good cause in writing, if any exists, why plaintiff did not timely file

his motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order. Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED:  September 10, 2015

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE