JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN GARCIA,                    ) Case No. CV 15-01791-SJO (KES)
                                )
          Plaintiff,            )
                                )     **JUDGMENT**
     vs.                        )
                                )
CAROLYN W. COLVIN,              )
Acting Commissioner of Social   )
Security,                       )
          Defendant.            )

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint is dismissed without prejudice for failure to prosecute.

DATED: _____1/2°/1°_____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1